NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**EDWARD J. SIMPKINS,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2012-3201

---

Petition for review of the Merit Systems Protection Board in case no. DC844E110968-I-1.

---

**ON MOTION**

---

**O R D E R**

The Office of Personnel Management moves for a 21-day extension of time, until December 12, 2012, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

EDWARD SIMPKINS V. OPM                                         2

The motion is granted.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s27